IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY BETHEA,** | : | |
|     Petitioner | : | |
| | : | No. 1:23-cv-00552 |
|     v. | : | |
| | : | (Judge Kane) |
| **WARDEN F. GARZA,** | : | |
|     Respondent | : | |

**ORDER**

**AND NOW**, on this 20th day of October 2023, upon consideration of Petitioner Larry Bethea ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                                                          s/ Yvette Kane
                                                                                          Yvette Kane, District Judge
                                                                                          United States District Court
                                                                                          Middle District of Pennsylvania